**H. Lee Hopwood, Plaintiff-Appellant, v. Patricia E. Hopwood, Defendant-Appellee,**

**Consolidated With**

**H. Lee Hopwood, Plaintiff-Appellant, v. Patricia E. Hopwood, a/k/a Patricia E. Kern, Defendant-Appellee.**

**Gen. Nos. 11,089–11,147. (Consolidated.) (Abstract of Decision.)**